United States Bankruptcy Court

Middle District of Florida

In re:                                                                          Case No. 26-05088-LVV

Raquel Ramos                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: Dodsifp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raquel Ramos, 7321 Victoria Cir, Orlando, FL 32835-6005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew W Houchins | on behalf of Creditor McCoy Federal Credit Union arivera@rushmarshall.com |
| Emerson C Noble | trusteenoble@outlook.com  enoble@ecf.axosfs.com;ecn@trustesolutions.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

[Dodsifp] [District order disapproving in forma pauperis]

ORDERED.

**Dated: August 3, 2026**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No.
                                                                          6:26–bk–05088–LVV
                                                                          Chapter 7

Raquel Ramos

_____Debtor*_____/

ORDER DISAPPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No. 4). Having reviewed the Application, the Court finds as follows:

The Debtor does not qualify based on monthly income and number of dependents.

Therefore, it is **ORDERED:**

1. The Application to Have the Chapter 7 Filing Fee Waived is disapproved without prejudice  .

2. Debtor shall pay the filing fee, in the form of cashier's check or money order mailed to the following address:

Clerk, U.S. Bankruptcy Court
 George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

3. Payments shall be made according to the following terms:

☐  Payment of full filing fee of  $000.00 on or before  Due date – 14 days from date of this order

☑  Installment payments as follows:

$110.00 on or before  August 6, 2026

$76.00 on or before  September 5, 2026

$76.00 on or before  October 5, 2026

$76.00 on or before  November 4, 2026

4. Until the filing fee is paid in full, the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

5. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or withhold the discharge.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.